No. 80–551.  BUTCHER *v.* SUPERIOR COURT OF LOS ANGELES COUNTY (HENNEFER ET AL., REAL PARTIES IN INTEREST).  Appeal from Ct. App. Cal., 2d App. Dist., dismissed for want of substantial federal question.

No. 80–662.  SULLIVAN *v.* KAISER ENGINEERS, INC., ET AL. Appeal from Sup. Ct. Ohio dismissed for want of substantial federal question.

No. 80–552.  CALIFORNIA MANUFACTURERS ASSN. ET AL. *v.* INDUSTRIAL WELFARE COMMISSION OF CALIFORNIA ET AL.  Appeal from Sup. Ct. Cal. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 80–591.  VALAD ELECTRIC HEATING CORP. *v.* TED R. BROWN & ASSOCIATES, INC., ET AL.  Appeal from Sup. Ct. Utah dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 80–5451.  REED *v.* DEL CHEMICAL CORP.  Appeal from Ct. App. Ore. dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.